UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|          Plaintiff, ) | CR-05-2100-LRS-4 |
|   vs. ) | Order of Dismissal Without Prejudice |
| JOHN DOE I, ) | |
|          Defendant. ) | |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this 26th day of October , 2007.

s/Lonny R. Suko
_____
Lonny R. Suko
United States District Court Judge

Order of Dismissal Without Prejudice - 1
P71024dsd.REJ.wpd